UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rosemary Mathis, | 2:24-cv-00672-CDS-MDC |
| Plaintiff(s), | |
| vs. | ORDER GRANTING STIPULATION |
| 99 Cents Only Stores, LLC, | |
| Defendant(s). | |

Pending before the Court is a *Motion to Withdraw as Attorney* (ECF No. 11) filed by defendant's counsel, Justin W. Smerber and Kristen Ann Molloy. For good cause shown and because the Motion was filed in compliance with the Court's prior Order (*see ECF No. 25*), the Court GRANTS the *Motion to Withdraw* (ECF No. 11).

Defendant is a corporate entity. Therefore, the Court warns defendant that in federal courts, corporate entities may only appear through licensed counsel. *United States v. High Country Broad. Co*, 3 F.3d 1244, 1245 (9th Cir. 1993). Failure to timely file a *Notice of Appearance of Counsel* once the bankruptcy stay is lifted or this matter reopened may result in a recommendation for terminating sanctions against the defendant, or any other sanction the Court deems necessary.

The Court directs counsel for defendant to serve a copy of the order to Meta Advisors, LLC via certified mail and subsequently file a Certificate of Service confirming compliance.

//

//

//

//

//

1

//

//

ACCORDINGLY,

**IT IS ORDERED that:**

1. *Motion to Withdraw as Attorney* (ECF No. 11) is **GRANTED**.

2. The Clerk of Court is kindly directed to remove Justin W. Smerber and Kristen Ann Molloy, Esq. as counsel of record for defendant 99 Cents Only Stores, LLC.

3. The Clerk is also directed to remove Lew Brandon, Esq pursuant to the Court's previous Order (ECF No. 10).

4. The Court also directs counsel for defendant to serve a copy of the order to Meta Advisors, LLC via certified mail and subsequently file a Certificate of Service confirming compliance.

DATED May 28, 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge